UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:08-CR-78(2) |
| | ) | |
| TEKA MERRIWEATHER-JONES | ) | |

<u>ORDER</u>

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on September 30, 2008 [Doc. No. 43]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Teka Merriweather-Jones' plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:  October 21, 2008

                                                /s/ Robert L. Miller, Jr.
                                                Chief Judge
                                                United States District Court